**SO ORDERED.**

**SIGNED this 14 day of January, 2014.**

_____
**Randy D. Doub
United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br>NORRIS COOPER<br>139 ½ COOPER HILL RD<br>WINDSOR, NC 27983 | CHAPTER 13<br>CASE NO.:    11-07222-8-RDD |

SSN: xxx-xx-1907
    DEBTOR

## CONSENT ORDER

THIS CAUSE coming before the Court on the Debtor's Amended Motion to Modify the Chapter 13 Plan; and it appearing to the Court that the parties agree that the Debtor's Chapter 13 Plan shall be modified from $360.00 a month for 57 months to $335.00 a month for 26 months followed by $2,335.00 a month for 33 months to pay Vanderbilt Mortgage at a value of $29,732.83 at 5.25% interest and to pay Beneficial Financial, Inc. the regular monthly payment of $609.77 over the remaining life of the plan and cure the pre-petition and post-petition arrearages through the plan and to surrender his interest in the 2005 Mercury to Regional Acceptance and a vacuum cleaner to United Consumer Financial Services;

IT IS NOW, THEREFORE, ORDERED, ADJUDGED, and DECREED that the Chapter 13 Plan shall be modified from $360.00 a month for 57 months to $335.00 a month for 26 months followed by $2,335.00 a month for 33 months.

CONSENT TO:

_____
J. Allen Murphy, Attorney for Debtor

_____
Richard M. Stearns, Chapter 13 Trustee

Isaac A. Johnston
Staff Attorney
for Chapter 13 Trustee

End of Document