SO ORDERED.

SIGNED this 27 day of January, 2014.

_____
**Randy D. Doub
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| NORRIS COOPER | CASENO.: 11-07222-8-RDD |
| KAREN COOPER | |
| 139 ½ COOPER HILL RD | |
| WINDSOR, NC 27983 | |

SSN: xxx-xx-1907
SSN: xxx-xx-3499
    DEBTORS

ORDER

THIS CAUSE, coming on to be heard, and being heard before the undersigned Bankruptcy Judge, upon the male debtor's Motion To Sever Case, and it appearing unto the Court that good cause exist, and for other good cause shown:

IT IS NOW, THEREFORE, ORDERED, ADJUDGED, DECREED that the case is severed to allow the male debtor to modify his plan to surrender his interest in a vehicle owned jointly with ex-spouse, Karen Cooper and to pay post-petition arrearage owed on his mortgage to HSBC through the plan and to pay for his mobile home based on the value to Vanderbilt through the plan.  That the male debtor will retain the current case number and the female debtor will be assigned a new case number.

End of Document