VAN–114 Notice of Severance – Rev. 12/18/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Karen Cooper
 ( _known aliases_: Karen Phelps Shuman )
139 1/2 Cooper Hill Road
Windsor, NC 27983

CASE NO.: 11–09843–8–RDD

DATE FILED: September 21, 2011

CHAPTER: 13

NOTICE

The above referenced debtor was originally included in a jointly filed case. The joint case has been severed. Accordingly, this debtor has been assigned a new case number which is indicated above. All future documents relating to this debtor should be filed using the new case number.

DATED: January 27, 2014

Stephanie J. Edmondson
Clerk of Court